NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0852

SUCCESSION OF RONALD J. CHARLES, SR.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 03-0022
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

AFFIRMED AS AMENDED.

Mack I. Frank
Attorney at Law
P. O. Drawer 1478
Opelousas, LA 70570
(337) 948-9701
Counsel for Appellant:
    Mack I. Frank

Lucretia Patrice Pecantte
Pecantte-Burton & Burton
1407 Main St.
Jeanerette, LA 70544
(337) 276-7888
Counsel for:
    Econfornica Charles
    Ronald J. Charles, Jr.

**John V. Marsiglia**
**Gregory S. Marsiglia**
**Margsiglia & Associates**
**365 Canal St., Suite 1145**
**New Orleans, LA 70130-1132**
**(504) 529-3771**
**Counsel for Appellee:**
**Geraldine B. Charles**